Gail L. Ritzert, Esq. (GR6120)
HAVKINS ROSENFELD RITZERT & VARRIALE, LLP
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 620-1700

Attorneys for Defendants Trinity Centre LLC and Capital Properties NY LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER              MASTER CASE NO.
MANHATTAN DISASTER SITE LITIGATION           21 MC 102 (AKH)
-----------------------------------------------------------------------X
HERNANDO ESPINOSA,                           DOCKET NO.
                                             07-CV-1495
                        Plaintiff,
                                             NOTICE OF THE TRINITY
         -against-                           CENTRE LLC AND CAPITAL
                                             PROPERTIES NY LLC
BATTERY PARK CITY AUTHORITY, et al.,         ADOPTION OF ANSWER TO
                                             MASTER COMPLAINT
                        Defendants.
-----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that defendants TRINITY CENTRE LLC and CAPITAL PROPERTIES NY LLC i/s/h/a CAPITAL PROPERTIES, INC. (hereinafter referred to as "TRINITY CENTRE and CAPITAL PROPERTIES"), as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the TRINITY CENTRE and CAPITAL PROPERTIES' Answer to Master Complaint, dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

**PLEASE TAKE FURTHER NOTICE,** TRINITY CENTRE and CAPITAL PROPERTIES, reserve the right to file any Amended Answer and the right to interpose Cross-Claims against any and all defendants and third-party defendants.

**WHEREFORE,** TRINITY CENTRE and CAPITAL PROPERTIES demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: Mineola, New York
September 17, 2007

HAVKINS ROSENFELD RITZERT
& VARRIALE, LLP

By: _____
Gail L. Ritzert, Esq. (GR6120)
Attorneys for Defendants
TRINITY CENTRE LLC and CAPITAL
PROPERTIES NY LLC i/s/h/a CAPITAL
PROPERTIES, INC.
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 620-1710
File No. 03138-0390

{ 01151596.DOC /}