UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SIRE LITIGATION

21 MC 102 (AKH)

------------------------------------------------------------------x
HERNANDO ESPINOSA

                              Plaintiff,

      -against-

RECTOR OF TRINITY CHURCH, et al.

                             Defendants.
------------------------------------------------------------------x

Index No.: 07 CV 1495

**NOTICE OF APPEARANCE**

**ELECTRONICALLY FILED**

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

I certify that I am admitted to practice in this court.

Dated:    New York, New York
            December 10, 2007

                              LONDON FISCHER LLP

                By:    _____
                          Gillian Hines Kost (GK-2880)
                          59 Maiden Lane
                          New York, New York 10038
                          Phone: (212) 972-1000
                          Fax: (212) 972-1030

*Attorney for Defendants*
**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

K: VGFutterman\WTC-Trinity\Plaintiff\Espinosa\Pleadings\Notice of Appearance